

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2015

No. 04-15-00658-CV

### IN RE CREST PUMPING TECHNOLOGIES, LLC

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Rebeca C. Martinez, Justice

On October 23, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 29, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 13-11-12132-DCV, styled *Monica Talamantes, Individually and as Personal Representative of the Estate of Ruben J. Talamantes, Deceased; Clarissa Reyes, as Next Friend of J.S.T.; and Alexandria Esquivel v. Crest Pumping Technologies, LLC and Jose Alfaro*, pending in the 293rd Judicial District Court, Dimmit County, Texas, the Honorable Ron Carr presiding.